BILLINGS v. TRUCKING CORP.

No. 187 PC.

Case below: 44 N.C. App. 180.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1980.

COMR. OF INSURANCE v. RATE BUREAU

No. 74.

Case below: 44 N.C. App. 191.

Motion of defendants to dismiss appeal of plaintiff for failure to perfect denied 5 March 1980.

FEIBUS & CO., INC. v. CONSTRUCTION CO.

No. 188 PC.

No. 110 (Spring Term).

Case below: 44 N.C. App. 133.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 March 1980.

HALL v. RAILROAD CO.

No. 16 PC.

Case below: 44 N.C. App. 295.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1980.

HOTEL CORP. v. FOREMAN'S, INC. and
HOTEL CORP. v. FOREMAN

No. 183 PC.

Case below: 44 N.C. App. 126.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1980.